```
               UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                 CIVIL NO.: 23-448(DSD/DLM)
```

Kimberly Ann Henny,

       Petitioner,

v.                                      **ORDER**

Warden Michael Segal,

       Respondent.

This matter is before the court upon the report and recommendation of United States Magistrate Judge Douglas L. Micko dated October 28, 2024 (R&R). No objections have been filed to the R&R in the time period permitted. Accordingly, based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED that:**

    1.   The R&R [ECF No. 17] is adopted in its entirety;

    2.   The Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 [ECF No. 1] is denied; and

    3.   This matter is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 4, 2024

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court